UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **KATHLEEN HOLT, JOSE RUVALCABA, and STEPHANIE BAUMAN, Individually and on Behalf of All Others Similarly Situated,** | Case No.: 1:17-cv-00637-LM |
| **Plaintiffs,** | |
| v. | |
| **FOODSTATE, INC., d/b/a MEGAFOOD, d/b/a INNATE RESPONSE FORMULAS** | |
| **Defendant.** | |

# JOINT MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT

Plaintiffs Kathleen Holt, Jose Ruvalcaba, and Stephanie Bauman (collectively, the "Plaintiffs") and defendant FoodState, Inc., d/b/a Megafood, d/b/a Innate Response Formulas ("Foodstate") jointly move this Court for preliminarily approval of the proposed class action settlement reached between Plaintiffs and Foodstate (together, the "Parties"). The Parties request, pursuant to Fed. R. Civ. P. 23(b)(3), that the Court certify, for settlement purposes only, the following Settlement Class:

> All residents of the United States and its territories who purchased for personal use, and not resale or distribution, a Covered Product between January 15, 2011 and September 15, 2018.

Specifically excluded from the Settlement Class are the following:

1. FoodState and its respective affiliates, employees, officers, directors, agents, and

representatives, and their immediate family members;

2. Settlement Class Counsel and partners, attorneys, and employees of their law firms; and,

3. The judges who have presided over the Litigation, the case identified in Paragraph I.B. of the Agreement, or the mediations referenced in Paragraph I.E. of the Agreement, and their immediate family members.

As explained in the separate memorandum of points and authorities submitted concurrently by Plaintiffs, the settlement requires Foodstate to create a non-reversionary cash Settlement Fund of $2,100,000, and implement changes to its product advertising pursuant to a stipulated injunction. Settlement Class Members who submit Valid Claims will receive $25.00 to $100, depending on how many Covered Products they purchased and whether they have included proof of purchase, after payment of costs of notice and claims administration, attorneys' fees and expenses that this Court may approve, and an incentive award to Plaintiffs that this Court may approve.

Plaintiffs' counsel, whose qualifications include substantial experience with class actions under the false advertising laws, believe the parties' settlement is fair, reasonable, and adequate, and in the best interests of the members of the Settlement Class. Plaintiffs' attorneys also believe the benefits of the parties' settlement far outweigh the delay and considerable risk of proceeding to trial.

Therefore, the Parties respectfully ask this Court to: (1) conditionally certify a settlement class, (2) conditionally approve the Parties' settlement as fair, adequate, reasonable, and within the reasonable range of possible final approval, (3) appoint Plaintiffs as the class representatives, (4) appoint Kazerouni Law Group, APC and Hyde & Swigart as class counsel, (5) approve the notice program proposed by the Parties, and confirm that it is the best practicable under the circumstances

and that it satisfies due process and Rule 23, (6) set a date for a final approval hearing, and (7) set deadlines for members of the settlement class to submit claims for compensation, and to object to or exclude themselves from the proposed settlement.

Dated: April 15, 2019

**KAZEROUNI LAW GROUP, APC**

BY: */s/ ABBAS KAZEROUNIAN*
Abbas Kazerounian, Esq.*
CA Bar # 249203
ak@kazlg.com
Jason A. Ibey, Esq.*
CA Bar # 284607
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costs Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
*Attorneys for Plaintiffs*

**HYDE & SWIGART**
Joshua B. Swigart, Esq.*
CA Bar # 225557
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022
*Attorney for Plaintiffs*

* *Admitted Pro Hac Vice*

**KELLY LAWP LLC**
James D. Kelly, Esq.
NH BAR # 16177
16 Broad Street
Nashua, NH 03064
JIM@KELLYLAWNH.COM
PHONE: 603-809-4230
FAX: 603-386-6669
*Attorney for Plaintiffs*

**TATRO TEKOSKY SADWICK LLP**
René P. Tatro, Esq.*
CA Bar # 78383
333 South Grand Avenue, Suite 4270
Los Angeles, CA 90071
rtatro@ttsmlaw.com
PHONE: 213-225-7171
*Attorney for Defendant*

* *Admitted Pro Hac Vice*

**HINCKLEY, ALLEN & SNYDER, LLP**
Jamie S. Myers, Esq.
NH BAR # 266227
650 Elm Street
Manchester, NH 03101
jmyers@hinkleyallen.com
PHONE: 603-545-6138
FAX: 603-224-8350
*Attorney for Defendant*