UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **KATHLEEN HOLT, JOSE RUVALCABA, and STEPHANIE BAUMAN,** Individually and on Behalf of All Others Similarly Situated,<br><br>**Plaintiffs,**<br>v.<br><br>**FOODSTATE, INC., d/b/a MEGAFOOD, d/b/a INNATE RESPONSE FORMULAS**<br><br>**Defendant.** | Case No.: 1:17-cv-00637-LM |

### JOINT MOTION FOR FINAL APPROVAL OF PROPOSED SETTLEMENT

Plaintiffs Kathleen Holt, Jose Ruvalcaba, and Stephanie Bauman (collectively, the "Plaintiffs") and defendant FoodState, Inc., d/b/a Megafood, d/b/a Innate Response Formulas ("FoodState") jointly move this Court for final approval of the proposed class action settlement reached between Plaintiffs and FoodState (together, the "Parties"). The Parties request, pursuant to Fed. R. Civ. P. 23(b)(3), that the Court finally approve, for settlement purposes only, the preliminarily approved proposed Settlement Class (Dkt. No. 25). No objections to the Settlement have been submitted.

As explained in the separate memorandum of points and authorities submitted concurrently by Plaintiffs, all the requirements for final approval of the proposed class action settlement are satisfied.[1] Therefore, the Parties respectfully ask this Court to: 1) certify the settlement class; 2)

---

[1] FoodState agrees that all requirements for final approval of the Settlement are met, and therefore joins in this motion. FoodState does not, however, agree with all the statements, allegations and

finally approve the Parties' proposed class action settlement agreement as fair, adequate, reasonable; and 3) enter final judgment. The Parties respectfully request oral argument not to exceed 45 minutes.

A proposed order is submitted herewith.

Dated: September 25, 2019

**KAZEROUNI LAW GROUP, APC**

BY: /s/ *ABBAS KAZEROUNIAN*
Abbas Kazerounian, Esq.*
CA Bar # 249203
ak@kazlg.com
Jason A. Ibey, Esq.*
CA Bar # 284607
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costs Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
*Attorneys for Plaintiffs*

* Admitted Pro Hac Vice

**KELLY LAWP LLC**
James D. Kelly, Esq.
NH BAR # 16177
16 Broad Street
Nashua, NH 03064
JIM@KELLYLAWNH.COM
PHONE: 603-809-4230
FAX: 603-386-6669
*Attorney for Plaintiffs*

---

legal interpretations contained in Plaintiffs' separate memorandum of points and authorities. Accordingly, FoodState reserves its right to contest such statements, allegations and/or legal interpretations in this or any other proceeding.

1

**TATRO TEKOSKY SADWICK LLP**
René P. Tatro, Esq.*
CA Bar # 78383
333 South Grand Avenue, Suite 4270
Los Angeles, CA 90071
rtatro@ttsmlaw.com
PHONE: 213-225-7171
*Attorney for Defendant*

* *Admitted Pro Hac Vice*

**HINCKLEY, ALLEN & SNYDER, LLP**
Jamie S. Myers, Esq.
NH BAR # 266227
650 Elm Street
Manchester, NH 03101
jmyers@hinkleyallen.com
PHONE: 603-545-6138
FAX: 603-224-8350
*Attorney for Defendant*

2